# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALVIN DEJUAN AIKENS**                                                 **PLAINTIFF**
**ADC #160951**

v.                     **CASE NO. 4:23-CV-00739-BSM**

**RONALD DAVIS, JR,** *et al.*                                     **DEFENDANTS**

## ORDER

Alvin Aikens's motion for reconsideration [Doc. No. 11] is denied. His case was dismissed because he failed to state a claim upon which relief could be granted. Doc. No. 6. He is moving for reconsideration again arguing that he is unlawfully imprisoned due to a fraudulent plea agreement. The sole course of action remedy for a prisoner seeking review of his conviction or release is to file a petition for federal habeas relief. The clerk is directed to send Aikens a blank federal habeas petition should he wish to pursue that remedy.

IT IS SO ORDERED this 28th day of September, 2023.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE